**CIVIL MINUTES – GENERAL**

Case No. SA CV 17-1135-DOC (KESx)                    Date:  November 22, 2017

Title: MINA FARAH V. MAMDOH BASTOROUS, ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR PLAINTIFF'S PRESUMABLE FAILURE TO COMPLY WITH THIS COURT'S ORDER [26] AND FAILURE TO PROSECUTE**

On October 2, 2017, Plaintiff Mina Farah ("Plaintiff") filed a Notice of Suspension of Plaintiff's counsel, Wayne W. Suojanen ("Suojanen"), from practice of law in California, effective September 1, 2017 (Dkt. 25). On October 4, 2014, the Court issued an Order staying the present case for forty-five days, until November 17, 2017, and denying without prejudice Defendant Marian Bishay's Motion to Dismiss, for the purposes of the stay. Stay Order (Dkt. 26). The Court also ordered Plaintiff, *inter alia*, to inform the Court within three days after Suojanen's suspension is lifted, so that the stay in this matter can be lifted. *Id.* at 1. The Court received no response from Plaintiff.

The Court may take judicial notice on its own motion. *See* Fed. R. Evid. 201(c)(1) (The Court "may take judicial notice on its own."). The Court may take judicial of documents available on a government agency's website. *Gustavson v. Wrigley Sales Co.*,

961 F. Supp. 2d 1100, 1113 n.1 (N.D. Cal. 2013). The Court hereby takes judicial notice of the State Bar of California's Attorney Search webpage for Plaintiff's counsel, Wayne W. Suojanen. *Attorney Search, Wayne William Suojanen*, State Bar of California (November 22, 2017, 3:38 PM), http://members.calbar.ca.gov/fal/Member/ Detail/193627. This webpage indicates that Suojanen's bar status became active again on October 24, 2017. *Id.*

Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE **on or before November 27, 2017**, why the Court should not dismiss this case for: (1) Plaintiff's presumable failure to comply with the Court's Order to inform the Court within three days of Suojanen's suspension being lifted; and (2) for Plaintiff's failure to prosecute this case.

If the Court receives no response from Plaintiff, the case will be dismissed.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: djg

MINUTES FORM 11
CIVIL-GEN